IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FORMER COLUMBUS COUNTY SHERIFF STEADMAN JODY GREENE, in his individual and official capacities, COLUMBUS COUNTY SHERIFF WILLIAM ROGERS, in his official capacity, and WESTERN SURETY COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Columbus County, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 7:23-cv-10-BO

## STIPULATION OF DISMISSAL

It is hereby stipulated by all parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims against all defendants in this action are hereby dismissed with prejudice. The parties will each bear their own costs and attorneys' fees.

Respectfully submitted this the 18th day of October, 2023.

        /s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
PATTERSON HARKAVY LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
Tel: 919.942.5200

*Counsel for Plaintiff*

1

/s/ Christopher J. Geis
Christopher J. Geis, NC Bar No. 25523
Chris.Geis@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC 27101
Tel: 336.721.3600

*Counsel for Sheriff William Rogers and Western Surety Company*


/s/ Frederick H. Bailey
Frederick H. Bailey, III, NC Bar No. 36603
fbailey@nclawyers.com
SUMRELL SUGG, P.A.
416 Pollock Street
New Bern, NC 28563
Tel: 252.633.3131

*Counsel for Steadman Jody Greene*